IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02312-WYD-MEH

DAIRY TECH, INC., a Colorado corporation,

    Plaintiff,

v.

DARI-TECH, INC., a Washington corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal filed May 4, 2012 (ECF No. 16).  After a review of the Stipulation and the file, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  May 7, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE